FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NAUM MINTS, <br><br> Defendant. | NO. 2:20-MJ-00829-DUTY-1 <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of the defendant, IT IS ORDERED that a detention hearing is set for Thursday, July 2, 2020, at 1:00pm before the Honorable Karen L. Stevenson as part of the Court's criminal duty calendar. Pending this hearing, the defendant shall be held in custody by the United States Marshal.

DATED: June 30, 2020

/s/ Karen L. Stevenson

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE